IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DOMINIC EARL HALL,<br><br>Defendant. | CR 22–150–BLG–DLC<br><br><br><br>ORDER |

United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendation in this matter on May 13, 2024. (Doc. 117.) Neither party objected and therefore they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Cavan recommends that this Court accept Defendant Dominic Earl Hall's guilty plea after Hall appeared before him pursuant to Rule 11 of the Federal Rules of Criminal Procedure and entered a guilty plea to the Superseding

1

Information which charges Hall with one count of possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1). Reviewing for clear error, the Court finds none.

Accordingly, IT IS ORDERED that Judge Cavan's Findings and Recommendation (Doc. 117) is ADOPTED in full.

IT IS FURTHER ORDERED that Hall's motion to change plea (Doc. 107) is GRANTED and Hall is adjudged guilty as charged in the Superseding Information.

DATED this 28th day of May, 2024.

                                                Dana L. Christensen, District Judge
                                                United States District Court